**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6023**

---

KEITH WILLIAM DEBLASIO,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-96-3640-JFM)

---

Submitted:  March 31, 1997          Decided:  April 22, 1997

---

Before WIDENER, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

Keith William DeBlasio, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith Williams DeBlasio appeals from the district court's order dismissing his claims against the United States under the Federal Torts Claims Act. We have reviewed the record and the district court's opinion and find no reversible error in its dismissal of DeBlasio's action. We therefore affirm on the reasoning of the district court, DeBlasio v. United States, No. CA-96-3640-JFM (D. Md. Dec. 4, 1996), but modify to reflect that the dismissal of all claims is without prejudice for DeBlasio to file a complaint against the appropriate individuals.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

---

[*] We also deny DeBlasio's motion for appointment of counsel.

2